**FILED**
July 15, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASEY WAYNE WOLLENZIER,

    Defendant.

Case No. 2:24-cr-00172-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **CASEY WAYNE WOLLENZIER**, Case No. 2:24-cr-00172-JAM, Charge 26 USC §5861(d) from custody for the following reasons:

    **x**    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other):

Issued at Sacramento, California on July 15, 2025, at 3:00 PM.

By: */s/ Allison Claire*

Magistrate Judge Allison Claire