MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CASEY WOLLENZIER (true name Casey Inman)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,    <br>             Plaintiff,<br><br>     v.<br><br>CASEY WOLLENZIER,<br><br>             Defendant. | ) No. 2:24-cr-00172-JAM<br>)<br>) **STIPULATION AND ORDER CONTNUING**<br>) **ADMIT/DENY HEARING**<br>)<br>) Requested date: 10-7-2025<br>) Time: 9:00 a.m.<br>) Judge: Hon. John A. Mendez<br>) |

=============================)

It is hereby stipulated between the parties, Robert Abendroth, Assistant United States Attorney, Michael Long, attorney for defendant CASEY WOLLENZIER., that the plea or deny hearing set for August 26, 2025, at 9:00 a.m. should be continued and re-set for October 7, 2025, at 9:00 a.m.  Mr. Wollenzier is doing well in his in-patient rehabilitation facility.  Counsel for the United States does not oppose this requested continuance.  All parties are available to appear in this case on October 7, 2025.

Dated:  August 21, 2025                                       Respectfully submitted,

                                                                          /s/ Michael D. Long_____
                                                                          MICHAEL D. LONG
                                                                          Attorney for Casey Wollenzier

Dated:  August 21, 2025                                       ERIC GRANT
                                                                          United States Attorney

                                                                          /s/ Robert Abendroth_____
                                                                          ROBERT ABENDROTH
                                                                          Assistant U.S. Attorney

-1-

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the admit or deny hearing in this matter is hereby **RESET** for **October 07, 2025, at 9:00 a.m.**, before District Court Judge John A. Mendez.

August 21, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE